IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

MICHAEL HAFLEY and CHRISTOPHER MCCAW, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

AMTEL, LLC,

        Defendant.

Case No. 21-cv-203

**ORDER GRANTING STAY**

Having reviewed and considered the parties' Joint Motion for a Stay Pending Mediation, it is hereby **ORDERED** on this 22nd day of April 2022 that:

1. The Motion is **GRANTED** in full;

2. The Court further **ORDERS** that:

   a. This case is stayed in contemplation of mediation;

   b. The statute of limitations for Fair Labor Standards Act claims of Ohio Store Managers at Amtel, LLC will be tolled from the Court's March 18, 2022 Order, (Doc. 34) through the pendency of the stay; and

   c. The parties shall submit a joint status update to the Court (black_chambers@ohsd.uscourts.gov) by June 28, 2022.

**IT IS SO ORDERED.**

Date:  4/25/2022

                                                                    s/Timothy S. Black
                                                                  Hon. Timothy S. Black
                                                              United States District Court Judge