IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| MICHAEL HAFLEY and CHRISTOPHER MCCAW, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>AMTEL, LLC,<br><br>　　　　　　　　Defendant. | No. 21 Civ. 203 (TSB) |

**ORDER GRANTING *AMENDED* JOINT MOTION
FOR STAY PENDING MEDIATION**

Having reviewed and considered the parties' *Amended* Joint Motion for a Stay Pending Mediation, it is hereby **ORDERED** on this 21 day of June, 2022 that:

1. The Motion is **GRANTED** in full;

2. The Court further **ORDERS** that:

    a. This case is stayed without a date in contemplation of mediation;

    b. The statute of limitations for Fair Labor Standards Act claims of Ohio Store Managers at Amtel, LLC will be tolled from the Court's March 18, 2022 Order, Dkt. No. 34, through the pendency of the stay; and

    c. The parties shall submit a joint status update to the Court by August 2, 2022.

    **IT IS SO ORDERED.**

Date:　　6/24/2022

　　　　　　　　　　　　　　　　　　　　*s/Timothy S. Black*
　　　　　　　　　　　　　　　　　　　Hon. Timothy S. Black
　　　　　　　　　　　　　　　　　United States District Court Judge