IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL HAFLEY AND CHRISTOPHER MCCAW**, *on behalf of themselves and all others similarly situated*, | : : : : : | Case No. 1:21-cv-00203 |
| Plaintiff, | : : | |
| v. | : : | Chief Judge Algenon L. Marbley |
| AMTEL, LLC, | : : : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Approval of Revised Settlement Notice (ECF No. 51). On October 13, 2023, this Court ordered Plaintiffs to submit for approval a revised set of proposed notice documents consistent with instruction contained in the Court's order. (ECF No. 50). Plaintiffs made such revisions. (*See* ECF Nos. 51-2, 51-3, 51-4, 51-5, 51-6). As such, Plaintiffs' motion (ECF No. 51) is **GRANTED** and the parties' agreed Revised Notice and Claim Form and the plan for their distribution are **APPROVED**.

This Court **ORDERS** as follows:

1. A final approval hearing is scheduled for **Wednesday, April 10, 2024, at 10:00 a.m.** to determine all necessary matters concerning the Settlement, including: whether the proposed Settlement is fair, adequate, and reasonable; whether the Settlement should be finally approved by the Court; whether the plan of allocation contained in the Settlement should be approved as fair, adequate, and reasonable; whether to grant the motion for attorneys' fees and costs payment, the

class representative service awards, and settlement administration costs; and whether a Final Approval Order and Judgment should be entered.

2. The Motion for Final Approval and Motion for Attorneys' Fees, Costs, and Class Representative Service Awards shall be filed by Plaintiffs no later than fourteen (14) days before the Final Approval Hearing.

3. In accordance with the Settlement, the Court adopts the following schedule for further proceedings:

| EVENT | DATE |
| --- | --- |
| Defendant to provide Settlement Administrator with the Collective List | November 20, 2023 |
| Settlement Administrator mails and e-mails Notice to Collective Members | November 27, 2023 |
| Response deadline to opt-out or object or dispute the individual settlement payment or eligible workweeks listed on the Notice | 60 calendar days after the Settlement Administrator mails Notice to Collective Members (or 30 days after Notice is re-mailed) |
| Last day for Class Counsel to file Motion for Final Approval and Motion for Attorneys' Fees, Costs, and Class Representative Service Awards | March 27, 2024 |
| Final Approval Hearing | April 10, 2024 |

4. The Fairness Hearing and related deadlines set forth above may, without further notice to the Settlement Collective Members, be continued or adjourned by Order of this Court.

5. If the Settlement does not become effective in accordance with its terms, or the Settlement is not finally approved, or is terminated, canceled, or fails to become effective for any reason, this Order shall be deemed vacated, and the action shall proceed as if no settlement has been attempted.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 2, 2023**