# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

---------------------------------------------------------------------- X
:
MICHAEL HAFLEY and CHRISTOPHER MCCAW, on behalf of themselves and all others similarly situated,   **Index No.: 21-CV-203**
:
        Plaintiffs,   : **Hon. Algenon L. Marbley**

-against-   :

AMTEL, LLC,   :

        Defendant.   :
---------------------------------------------------------------------- X

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement, Service Award, and Attorneys' Fees and Costs, the Declaration of Christopher M. McNerney ("McNerney Decl."), and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

1. Finally approving the settlement set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit 1 to the McNerney Declaration, as fair, adequate, and reasonable;

2. Approving Service Awards of $3,000.00 to Service Award Plaintiffs for their service to the collective;

3. Approving Plaintiffs' request for $205,000 as attorneys' fees and out-of-pockets costs and expenses;

4. Dismissing this action with prejudice; and

5. Retaining jurisdiction to enforce the settlement.

Dated: Cleveland, Ohio
March 27, 2024

          Respectfully submitted,

          */s/ Christopher M. McNerney*
          Christopher M. McNerney
          Justin M. Swartz
          Rebecca Pattiz
          OUTTEN & GOLDEN LLP
          685 Third Avenue, 25th Floor
          New York, New York 10017
          Telephone: (212) 245-1000
          Facsimile: (212) 977-4005
          E-mail: cmcnerney@outtengolden.com
          E-mail: jswartz@outtengolden.com
          E-mail: rpattiz@outtengolden.com

          Drew Legando (Bar No. 84209)
          Trial Attorney
          MERRIMAN LEGANDO WILLIAMS &
          KLANG, LLC
          1360 W. 9th Street, Suite 200 Cleveland,
          OH 44113
          Telephone: (216) 522-9000
          Facsimile: 216-522-9007
          E-mail: drew@merrimanlegal.com

          Gregg Shavitz
          Camar Jones
          SHAVITZ LAW GROUP, P.A.
          951 Yamato Rd, Suite 285
          Boca Raton, FL 33431
          Telephone: (561) 447-8888
          E-mail: gshavitz@shavitzlaw.com
          E-mail: cjones@shavitzlaw.com

          *Attorneys for Plaintiffs and the Putative Settlement Collective*