**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

------------------------------------------------------------------------ X
                                                                                                :

MICHAEL HAFLEY and CHRISTOPHER MCCAW, on   **Index No.: 21-CV-203**
behalf of themselves and all others similarly situated,    :

                Plaintiffs,                                                                 :

   -against-                                                                                   :

AMTEL, LLC,                                                                          :

                Defendant.                                                                :
------------------------------------------------------------------------ X

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION
SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

Dear Judge Marbley:

Plaintiffs write to correct one point regarding Section II of their Motion for Final Approval of Collective Action Settlement, Service Awards, and Attorneys' Fees and Costs, regarding service awards.  See ECF No. 54-1 at 15-17.  Consistent with the Court's revised class definition, which Plaintiffs understand to limit the class temporally to April 29, 2018, and April 6, 2022, all of the Service Award Plaintiffs, Michael Hafley, Christopher McCaw, Anthony Fambry, Alexander Hausfeld, and Sandeep Jaspal  are eligible for service awards.  In their motion, Plaintiffs provided argument for why there should not be a geographic limitation on the service award recipients, based on an erroneous reading of the Court's Order.  Plaintiffs apologize for this confusion, and consistent with the Court's prior order, respectfully posit that the requested service "awards are appropriate" and should be granted to all Service Award Plaintiffs.  ECF No. 50 (Preliminary Approval Order) at 14.

Dated:        April 9, 2024
              New York, NY                     Respectfully submitted,

                                               By: /s/  Christopher M. McNerney
                                               Justin M. Swartz
                                               Christopher M. McNerney
                                               Rebecca Pattiz
                                               **OUTTEN & GOLDEN LLP**
                                               685 Third Avenue, 25th Floor
                                               New York, New York 10017
                                               Telephone: (212) 245-1000
                                               Facsimile: (212) 977-4005

                                               Drew Legando (Bar No. 84209)
                                               Trial Attorney
                                               **MERRIMAN LEGANDO WILLIAMS & KLANG, LLC**
                                               1360 W. 9th Street, Suite 200 Cleveland, OH 44113
                                               Telephone: (216) 522-9000

Facsimile: 216-522-9007
E-mail: drew@merrimanlegal.com

Gregg Shavitz
Camar Jones
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Settlement Collective*