IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL HAFLEY and** : <br> **CHRISTOPHER MCCAW,** *on behalf of* : <br> *themselves and all others similarly* : <br> *situated*, : <br>   : <br> Plaintiffs, : <br> v. : <br>   : <br>   : <br>   : <br> **AMTEL, LLC,** : <br>   : <br> Defendant. : | **Case No. 1:21-cv-203** <br><br> **CHIEF JUDGE ALGENON L. MARBLEY** <br><br> Magistrate Judge Chelsey M. Vascura |

**COURTROOM MINUTES**

Fairness Hearing
Wednesday, April 10, 2024
before Chief Judge Algenon L. Marbley

| | |
|---|---|
| Counsel for Plaintiffs Michael Hafley and Christopher McCaw, *on behalf of themselves and all others similarly situated*: | Christopher McNerney <br> Drew Legando |
| Counsel for Defendant Amtel, LLC: | Alexander Frondorf |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

       10:00 a.m.    Oral arguments by Mr. McNerney and Mr. Frondorf
       10:30 a.m.    Court adjourned

Mr. McNerney presented argument and responded to questions from the Court regarding notice of the settlement pursuant to Rule 23. The Court found that notice of the settlement was fair, reasonable, and adequate. Mr. McNerney then presented a summary of the case and argument in support of the settlement.

The Court inquired as to objections to the settlement and there were none.

Mr. Frondorf presented argument and responded to questions from the Court in support of the motion for final approval of the settlement with the class.

Mr. McNerney presented argument and responded to questions from the Court regarding the amount of attorneys' fees, class representative service awards, and settlement administration costs.

The Court found the settlement, the attorneys' fees, class representative service awards, and settlement administration costs to be fair, reasonable, and adequate and approved same.